JS6

FILED
CLERK, U.S. DISTRICT COURT
FEB - 4 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK BROOKS,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>TERESA A. SCHWARTZ, Warden,<br><br>　　　　　Respondent. | Case No. CV 05-7438-SJO (OP)<br><br>J U D G M E N T |

　　　　Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

/ / /

/ / /

/ / /

1 | IT IS ADJUDGED that Judgment be entered: (1) approving and adopting this
2 | Report and Recommendation; and (2) directing that Judgment be entered denying
3 | the Petition and dismissing this action with prejudice.

DATED: 2-4-09

HONORABLE S. JAMES OTERO
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge